**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRY LEWCHANIN,  )<br>        Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>AMERICAN SUZUKI FINANCIAL SERVICES  )<br>CO., LLC, *et al.*,  )<br>  )<br>        Defendants.  )<br>_____)  | Case No. 2:17-cv-00278-JAD-GWF<br><br>**ORDER** |

      This matter is before the Court on the parties' Stipulated Protective Order (ECF No. 10), filed on March 10, 2017.  The proposed protective order is unclear whether the party, who asserts that particular information should be treated as confidential under the protective order, has the burden of proof to establish that the information or document is entitled to such protection.  The parties are directed to submit a revised protective order with that clarification.  Accordingly,

      **IT IS HEREBY ORDERED** that the Stipulated Protective Order (ECF No. 10) is **denied**, without prejudice.

      DATED this 13th day of March, 2017.

                                                _____<br>
                                                GEORGE FOLEY, JR.<br>
                                                United States Magistrate Judge